## W. C. CRATON v. DeWITT SINCLAIR, as Sheriff of Polk County, Florida.

11 So. (2nd) 475                                    January Term, 1943
January 19, 1943                                            Division A
Rehearing Denied February 8, 1943

*D. C. Laird,* for appellant.

*J. Tom Watson,* Attorney General, and *Woodrow M. Melvin,* Assistant Attorney General, for appellee.

BUFORD, C. J.:

Appeal brings for review judgment of remand in habeas corpus proceedings instituted after trial and conviction.

All matters complained of should have been presented by motion to quash when amendments could have been legally made to meet objections. The information is not void.

We find no reversible error disclosed by the record and the judgment is accordingly affirmed.

So ordered.

Affirmed.

TERRELL, CHAPMAN and ADAMS, JJ., concur.